

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
ALLISON REESE
Nevada Bar Number 13977
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: Allison.Reese@usdoj.gov
*Representing the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE FOR TELEPHONE NUMBER (702) 695-6019 | Case No. 2:20-mj-18-BNW<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |

**CERTIFICATION: This Motion is timely filed.**

COMES NOW the United States of America, by and through its attorneys, NICHOLAS A. TRUTANICH, United States Attorney, and Allison Reese, Assistant United States Attorney, and respectfully moves this Court for an Order to UNSEAL the instant case. Specifically, the undersigned requests to unseal the Pen Register filed under the instant case and all related documents in anticipation of producing the same as discovery in Case No. 2:20-cr-00145-APG-EJY.

**DATED** this 11th day of August, 2020.

Respectfully,

NICHOLAS A. TRUTANICH
United States Attorney

*Allison Reese*
_____
ALLISON REESE
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE FOR TELEPHONE NUMBER (702) 695-6019 | Case No. 2:20-mj-18-BNW<br><br>**ORDER TO UNSEAL** |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case shall be unsealed.

**DATED** this 13th day of August, 2020.

_____
HONORABLE BRENDA N. WEKSLER
United States Magistrate Judge

2